## 57063. BUSSEL v. FREEDMAN.

BELL, Chief Judge.

The sole issue in this appeal concerns a ruling of the trial judge pertaining to voir dire examination of jurors. The record on this issue consists of post-trial affidavits

submitted by counsel; however, there is no proper stipulation by the parties of the proceedings. Counsel for appellant waived a recording of the voir dire and did not seek to complete the record at that time. The question presented requires a transcript of the proceedings or a proper stipulation. See Code Ann. § 6-805. In the absence thereof, we may not consider the issue presented. See *Lake v. Hicks,* 147 Ga. App. 175 (248 SE2d 236).

*Judgment affirmed. Webb and Banke, JJ., concur.*

ARGUED JANUARY 3, 1979 — DECIDED JANUARY 9, 1979.

*Malone & Percilla, Thomas Wm. Malone, Jones & Wilson, Robert P. Wilson,* for appellant.

*T. M. Smith, Jr.,* for appellee.